NUMBER
13-10-00358-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

JODY SHANNON,
INDIVIDUALLY                                       APPELLANT,

 

                                                             v.

 

PACCAR FINANCIAL
CORP.,                                                   APPELLEE. 

____________________________________________________________

 

                            On
appeal from the 25th District Court 

                                     of
Gonzales County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

              Before Chief Justice Valdez and Justices Rodriguez and Vela 

Memorandum Opinion
Per Curiam

 








Appellant,
Jody Shannon, Individually, perfected an appeal from a judgment entered by the 25th
District Court of Gonzales County, Texas, in cause number 23,896.  The parties
have filed an agreed motion to dismiss on grounds that the parties have entered
into a compromise settlement agreement resolving their differences.  The
parties request that this Court dismiss this case.  

The
Court, having considered the documents on file and the agreed motion to
dismiss, is of the opinion that the motion should be granted.  See Tex. R. App. P. 42.1(a).  The agreed motion
to dismiss is granted, and the appeal is hereby DISMISSED.  Costs will be taxed
against appellant. See Tex. R.
App. P. 42.1(d) ("Absent agreement of the parties, the court will
tax costs against the appellant.").  Having dismissed the appeal at the
parties= request, no motion for rehearing will
be entertained, and our mandate will issue forthwith.

 

PER
CURIAM

Delivered and filed the

30th day of September, 2010.